1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   STEVEN JAFFE,               )   No. C 03-0137 MJJ (PR)
                                )
10            Plaintiff,         )   **ORDER APPOINTING COUNSEL;**
                                )   **SETTING STATUS CONFERENCE**
11      v.                       )
                                )
12  COUNTY OF SANTA CLARA,       )
    et. al.,                     )
13                              )
             Defendants.         )
14  _____

15      The plaintiff having requested and being in need of counsel to assist him/her in this
16  matter, and volunteer attorneys willing to be appointed to represent plaintiff having been
17  located by the court,
18      IT IS HEREBY ORDERED THAT: David Fry, Rohit Singla and Jonathan Blavin of
19  the law firm Munger, Tolles and Olson, LLP, 560 Mission Street, 27th Floor, San Francisco,
20  California, 94105 are appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. §
21  1915(e)(1) and the court's Federal Pro Bono Project guidelines.
22      A status conference is set in this matter for Feb. 12, 2008 at 2:00 p.m. to set pretrial
23  and trial dates. The parties are instructed to file a Status Conference Statement, pursuant to
24  Civil L.R. 16-9, 10 days prior to the conference. The stay of this matter shall remain in effect
25  until four weeks from the date this order is filed.
26  //
27
28  G:\PRO-SE\MJJ\CR.03\jaffe1.apt.wpd

The clerk shall serve plaintiff's new counsel, as well as the parties, with a copy of this order, and shall update the docket sheet in this matter to reflect plaintiff's new counsel of record.

IT IS SO ORDERED.

DATED: 12/18/07

_____
MARTIN J. JENKINS
United States District Judge