ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
PAUL J. KATZ (SBN 243932)
Paul.Katz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
STEVEN R. JAFFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven R. JAFFE,<br><br>        Plaintiff,<br><br>vs.<br><br>Ira LUBELL, M.D.; Robert BOWMAN, M.D.; and Moneesha PINTO, M.D.,<br><br>        Defendants. | CASE NO. C 03-00137 WHA<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

        WHEREAS the Honorable Judge Martin Jenkins, on December 19, 2008, assigned counsel from the law firm of Munger, Tolles & Olson, LLP to represent Mr. Jaffe through the Federal Pro Bono Project; and

        WHEREAS that assignment set a case management conference for February 12, 2008; and

        WHEREAS, on February 5, 2008, the case management conference was vacated due to Judge Jenkins's leaving the Federal bench; and

        WHEREAS this matter was reassigned, on February 15, 2008, to the Honorable Judge William Alsup; and

4528747.1

1       WHEREAS, five days later a case management conference was set for February

2 28, 2008; and

3       WHEREAS, as detailed in the attached declaration, counsel for all parties have

4 conflicts prohibiting them from attending the case management conference on the currently

5 scheduled date;

6       IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2(a), that the case

7 management conference be rescheduled for March 20, 2008 at 11:00 a.m.

DATED: February 22, 2008

Munger, Tolles & Olson LLP
ROHIT K. SINGLA
JONATHAN H. BLAVIN
PAUL J. KATZ

By: _____
     PAUL J. KATZ

Attorneys for Plaintiff
STEVEN R. JAFFE

DATED: February 22, 2008

Office of the County Counsel
ANN MILLER RAVEL
MELISSA R. KINIYALOCTS

By: _____
     MELISSA R. KINIYALOCTS

Attorneys for Defendants
IRA LUBELL, M.D.; ROBERT BOWMAN, M.D.; and MONEESHA PINTO, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED. PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES. IF LEAD COUNSEL IS UNAVAILABLE TO ATTEND THE MARCH 20 CASE MANAGEMENT CONFERENCE, OTHER COUNSEL IN THE CASE MAY ATTEND. PLEASE FILE A JOINT CASE MANAGEMENT STATEMENT BY MARCH 30, 2008.

JUDGE WILLIAM ALSUP

IT IS SO ORDERED
Judge William Alsup