IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN R. JAFFE,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, VALLEY MEDICAL CENTER, SUSAN MURPHY, IRA LUBELL, M.D., ROBERT BOWMAN, M.D., MONEESHA PINTO, M.D., MARIA ALTO, DAVID BURTON, and MARYANNE BARRY,

    Defendants.

                                                               /

No. C 03-00137 WHA

**REQUEST FOR INPUT RE ORAL ARGUMENT**

Now that the pending motion has been fully briefed, one question is whether to rule on the papers or to hold oral argument. In making this call, the Court invites input from counsel on whether oral argument would be beneficial, most particularly on whether a lawyer with less than five years of experience (including any clerkship) will argue the motion. The Court is concerned that junior attorneys are being denied the argument opportunities that they deserve and are ready to perform. In the Court's experience, such lawyers have performed exceedingly well and assigning them the chief role on a motion they have briefed, even in "high stakes" litigation with complex issues, is to be encouraged, even if it is not required. Please respond by **NOON ON MAY 6, 2008**, in two pages or less. Please do not use this as an opportunity to add additional points on the merits.

Dated: May 5, 2008.

                                                  WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE