IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN R. JAFFE,

    Plaintiff,

  v.

COUNTY OF SANTA CLARA, VALLEY MEDICAL CENTER, SUSAN MURPHY, IRA LUBELL, M.D., ROBERT BOWMAN, M.D., MONEESHA PINTO, M.D., MARIA ALTO, DAVID BURTON, and MARYANNE BARRY,

    Defendants.

                                          /

No. C 03-00137 WHA

**ORDER RE HEARING ON MOTION FOR LEAVE TO AMEND**

      The hearing on the motion for leave to amend will remain as scheduled on **MAY 8, 2008, AT 8AM**.

Dated: May 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE