IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN R. JAFFE,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, VALLEY MEDICAL CENTER, SUSAN MURPHY, IRA LUBELL, M.D., ROBERT BOWMAN, M.D., MONEESHA PINTO, M.D., MARIA ALTO, DAVID BURTON, and MARYANNE BARRY,

    Defendant.

No. C 03-00137 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of June 23, 2008, concerning a discovery dispute. The parties are **ORDERED** to further meet and confer at **7:30 A.M. ON MONDAY, JUNE 30** in the Court's jury room on the 19th Floor. The Court shall hold a hearing at **10:30 A.M.** to resolve any remaining disputed items. Defendants are requested to file their response to plaintiff's letter by **9:00 A.M. ON FRIDAY, JUNE 27**.

**IT IS SO ORDERED.**

Dated: June 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE