IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN R. JAFFE,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, VALLEY MEDICAL CENTER, SUSAN MURPHY, IRA LUBELL, M.D., ROBERT BOWMAN, M.D., MONEESHA PINTO, M.D., MARIA ALTO, DAVID BURTON, and MARYANNE BARRY,

    Defendant.

No. C 03-00137 WHA

**ORDER CONTINUING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    Due to defense counsel's unavailability, the Court **CONTINUES** the meet and confer to **7:30 A.M. ON WEDNESDAY, JULY 2, 2008**, in the Court's jury room on the 19th Floor. The Court shall hold a hearing at **11:00 A.M.** to resolve any remaining disputed items.

    **IT IS SO ORDERED.**

Dated: June 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE