ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
PAUL J. KATZ (SBN 243932)
Paul.Katz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Plaintiff
STEVEN R. JAFFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN R. JAFFE,<br><br>            Plaintiff,<br><br>   vs.<br><br>COUNTY OF SANTA CLARA, VALLEY MEDICAL CENTER, SUSAN MURPHY, IRA LUBELL, M.D., ROBERT BOWMAN, M.D., MONEESHA PINTO, M.D., MARIA ALTO, DAVID BURTON and MARYANNE BARRY,<br><br>            Defendants. | CASE NO.  C 03-00137 WHA<br><br>**[PROPOSED] ORDER COMPELLING RESPONDENTS TO PRODUCE DOCUMENTS**<br><br>THE HONORABLE WILLIAM ALSUP |

Plaintiff Steven R. Jaffe filed a discovery relief letter on June 23, 2008, requesting an order compelling the individual Defendants, Santa Clara County, Santa Clara Main Jail, and Santa Clara County Valley Medical Center (collectively "Respondents") to comply with a variety of discovery requests. After a responsive letter brief from Respondents and a meet and confer, the Court held a hearing on July 2, 2008. Having heard the arguments of the parties, and having considered their submissions and the file in this matter, and for good cause showing, the Court rules as follows:

1. By July 23, 2008, Respondents shall produce to Plaintiff all documents relating to lawsuits filed against any of the Defendants for each lawsuit raising allegations regarding the inadequate medical treatment and/or medical neglect of patients. The documents to be produced include, but are not limited to, court filings, deposition transcripts, deposition videos, documents produced through discovery, discovery responses, correspondence, and settlement and other agreements. Respondents' production under this Order is subject to the following conditions:

2. Respondents' production under this Order is limited to lawsuits that were either initiated during Plaintiffs' custody at the Santa Clara County Jail, January 16, 2002, through May 8, 2003, or lawsuits raising allegations relating to events occurring within that same time period.

3. Respondents must produce documents covered by this Order even if these documents are subject to a protective order in another lawsuit. As required to comply with this Order, Plaintiff and Respondents will cooperate to amend any protective orders in other lawsuits and create a protective order in this lawsuit.

4. Respondents need not produce documents otherwise covered by this Order if they are subject to the attorney-client privilege and/or attorney-work-product protection; however, Respondents must produce, concurrently with the documents produced under this Order, a log of withheld documents with the information required for privilege logs in the Supplemental Order filed in this case on February 20, 2008.

IT IS SO ORDERED.

DATED: __July 11__, 2008          By: _____
                                      *IT IS SO ORDERED*
                                      */s/ Judge William Alsup*
                                      Honorable William Alsup
                                      United States District Judge

APPROVED AS TO FORM:

DATED: July 9, 2008          MUNGER, TOLLES & OLSON LLP
                               ROHIT K. SINGLA
                               JONATHAN H. BLAVIN
                               PAUL J. KATZ


                             By: _____*/s/ Paul J. Katz*_____

                             Attorneys for Plaintiff
                             STEVEN R. JAFFE

DATED: July 7, 2008          OFFICE OF THE COUNTY COUNSEL
                             COUNTY OF SANTA CLARA
                               ANN MILLER RAVEL
                               MELISSA KINIYALOCTS


                             By: _____*/s/ Melissa Kiniyalocts*_____

                             Attorneys for Defendants IRA LUBELL, M.D.;
                             ROBERT BOWMAN, M.D.; and MONEESHA
                             PINTO, M.D.