ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
IRA LUBELL, M.D., ROBERT BOWMAN, M.D., and MONEESHA PINTO, M.D.

ROHIT K. SINGLA (S.B. #213057)
JONATHAN H. BLAVIN (S.B. #230269)
PAUL J. KATZ (S.B. #243932)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Rohit.Singla@mto.com; Jonathan.Blavin@mto.com; Paul.Katz@mto.com

Attorneys for Plaintiff
STEVEN R. JAFFE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JAFFE,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN MURPHY et. al.,<br><br>    Defendants. | No.   C03-0137 WHA<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing the entire action with prejudice including all claims and counterclaims against one another relating to this litigation. Each party to bear their own attorneys' fees and costs of suit.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice                1                      C03-0137 WHA

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

ANN MILLER RAVEL
County Counsel

Dated: September 29, 2008      By: _____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
IRA LUBELL, M.D., ROBERT BOWMAN, M.D., and MONEESHA PINTO, M.D.

Munger, Tolles & Olson LLP
ROHIT K. SINGLA
JONATHAN H. BLAVIN
PAUL J. KATZ

Dated: September 30, 2008      By: _____
ROHIT K. SINGLA

Attorneys for Plaintiff
STEVEN JAFFE

IT IS SO ORDERED:

Dated: October 3, 2008.        _____
HONORABLE WILLIAM ALSUP
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

143363.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice         2         C03-0137 WHA